DOV KESSELMAN  (DK-6571)
BRIAN MURPHY (BM-0659)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant BNP Paribas
North America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                         :
XIAO-WEI CHOU,                                                           :
                                                                         :   Case No. 08-CV-02219 (JSR)
                    Plaintiff,                                           :
                                                                         :   **FEDERAL RULE OF CIVIL**
       v.                                                                :   **PROCEDURE 7.1 CORPORATE**
                                                                         :   **DISCLOSURE STATEMENT**
BNP PARIBAS NORTH AMERICA, INC.                                          :
                                                                         :
                    Defendant.                                           :
                                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant BNP Paribas North America, Inc. hereby states that 49% of its shares are owned by BNP Paribas, which is a publicly traded company in France, but is not publicly traded in the United States, though American Depository Receipts (ADRs) of BNP Paribas are publicly traded in the United States, and 51% of its shares are owned by Paribas North America, Inc., which is in turn a wholly owned subsidiary of BNP Paribas, and there is no parent corporation or other publicly held corporation owning 10% or more of BNP Paribas' stock.

2

DATED:  New York, New York
          April 21, 2008

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

             By:   /s Dov Kesselman
                    Dov Kesselman (DK-6571)
                    Brian Murphy (BM-0659)
                    620 Eighth Avenue
                    New York, New York  10018
                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Adam C. Virant
>Karpf, Karpf & Virant
>140 Broadway
>46th Floor
>New York, New York 10005
>
>*Attorneys for Plaintiff*

>/s Dov Kesselman
>Dov Kesselman (DK-6571)