Rakoff/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08
```

-------------------------------------x

XIAO-WEI CHOU,

       Plaintiff,

 - against -

BNP PARIBAS NORTH AMERICA, INC.,

       Defendant.

-------------------------------------x

Case No. 08-CV-02219 (JSR)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through its attorneys, that the action and claims by Plaintiff against Defendant shall be and hereby are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
   August 12, 2008

KARPF, KARPF & VIRANT

By: _____
  Adam C. Virant, Esq.

140 Broadway, 46th Floor
New York, New York 10005
(212) 929-6030
Attorneys for Plaintiff

SEYFARTH SHAW LLP

By: _____
  Dov Kesselman, Esq.
  Brian Murphy, Esq.

620 Eighth Avenue
New York, New York 10018
(212) 218-5507
Attorneys for Defendant

NY1 26523256.4

_____
8-13-08